1 DANIEL G. BOGDEN
United States Attorney
2 NADIA AHMED
Special Assistant United States Attorney
3 333 Las Vegas Boulevard South
Suite 5000
4 Las Vegas, Nevada 89101
(702) 388-6336
5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8 -oOo-

| | | |
|---|---|---|
| 9 | UNITED STATES OF AMERICA ) | |
| 10 | PLAINTIFF ) | 2:11-CR-00343-KJD-GWF |
| 11 | vs ) | MOTION TO DISMISS INDICTMENT |
| 12 | KEVIN W. JACOBSEN ) | |
| 13 | DEFENDANT ) | |

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Nadia Ahmed, Special Assistant United States Attorney, and files this Motion to Dismiss Indictment filed on September 20, 2011 against defendant KEVIN W. JACOBSEN.

Pursuant to a plea agreement reached between the parties, the Government filed a Criminal Information on April 11, 2012 against the defendant. The defendant entered a guilty plea to the said Information on April 11, 2012.

. . .

. . .

. . .

. . .

. . .

Accordingly, the Government makes this motion to dismiss the Indictment in this case.

DATED this ___ day of April, 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Nadia Ahmed

NADIA AHMED
Special Assistant United States Attorney

IT IS HEREBY ORDERED THE INDICTMENT DISMISSED.

April 25, 2012
DATED

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE